# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 54 WM 2020

Respondent    :

v.    :

TERRYL DOMINIC MCFARLAND,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the "Petition for Review & for an Interlocutory Appeal by Permission" is DENIED.